# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-MJ-00130 |
| Plaintiff, | Magistrate Judge Sharon L. Ovington |
| vs. | |
| MICHAEL HERNANDEZ, | |
| Defendant. | |

## REMOVAL AND COMMITMENT ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District on a warrant issued upon an Indictment in the United States District Court, Northern District of Indiana, in Case No. 2:21CR26. Defendant appeared in open Court on April 12, 2021 for a detention hearing on the Government's Motion for Pretrial Detention.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** United States District Court for the Northern District of Indiana, where the charges are pending against him, for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the United States Marshal

for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

| April 13, 2021 | *s/Sharon L. Ovington* |
|---|---|
| | Sharon L. Ovington |
| | United States Magistrate Judge |